IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NILSA ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-373-***-LPS |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, this matter has been referred for pre-trial management to United States Magistrate Judge Leonard P. Stark; and

WHEREAS, the reference to Judge Stark includes, but is not limited to, exploring the possibility of the parties' consenting to Magistrate Judge jurisdiction, pursuant to 28 U.S.C. § 636, and, absent consent, preparing a report and recommendation relating to any or all case-dispositive motions.

NOW THEREFORE, IT IS HEREBY ORDERED that a teleconference has been scheduled for **Wednesday, December 19, 2007 at 9:00 a.m.** with Magistrate Judge Stark to discuss the status of the case. **Plaintiffs' counsel shall initiate the teleconference call to 302-573-4573.**

IT IS HEREBY FURTHER ORDERED that during the teleconference counsel shall be prepared to discuss, among other things, the status of this case; the possibility of consent to magistrate jurisdiction in whole or consent limited to the purpose of resolving some or all of the pending case-dispositive motions; and whether oral argument would be helpful in resolving any or all of the pending motions.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

Dated: December 11, 2007

_____
UNITED STATES MAGISTRATE JUDGE